**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

Malek Arroyo OBO K.A.

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

West Windsor-Plainsboro Regional School District/BOE

**COMPLAINT**

Jury Trial: ☐ Yes ☑ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.    **Parties in this complaint:**

A.    List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name               Malek Arroyo OBO KA
             Street Address     PO Box 107
             County, City       Plainsboro
             State & Zip Code   New Jersey
             Telephone Number

B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name: WWindsor-Plainsboro School District /BOE
Street Address: 505 Village Rd W
County, City: Princeton Junction
State & Zip Code: NJ 08550

Defendant No. 2
Name:
Street Address:
County, City:
State & Zip Code:

Defendant No. 3
Name:
Street Address:
County, City:
State & Zip Code:

Defendant No. 4
Name:
Street Address:
County, City:
State & Zip Code:

II. **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
■ Federal Questions     ☐ Diversity of Citizenship
☐ U.S. Government Plaintiff     ■ U.S. Government Defendant

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? Individuals with Disabilities Act 20 U.S.C. § 1415; 20 U.S.C. § 1400(d)(1)(A)., U.S.C. § 1412(a)(1); 20 U.S.C. § 1414(b)(2)(B); 34 C.F.R. § 300.304(b)(2); 34 C.F.R. § 300.306(c)(1); Section 300.307(a)(2)-(3);

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

**III. Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? West Windsor-Plainsboro Regional School District/BOE & OAL court final Order

B. What date and approximate time did the events giving rise to your claim(s) occur? Aug 2022 OAL final order for summary judgement related to 2019-2020, 2020-2021 Special Education petitions, and other civil violations and discrimination. WWP violated IDEA those and previous years along with bullying and harassment of K.A. in approximately 2018.

C. Facts: Violations of several IDEA laws, and proper evaluation procedures NJ TSS law violations, expert and parent input consistently ignored. As a result of not getting appropriate interventions K.A. failed to make progress in district, opposed to now. As a result K.A. suffered harm in his learning processes, regression and a lack of meaningful progress. Denial of FAPE also included failure to protect resulting in personal injuries. WWP ommitted medical diagnosis, doctors and expert inputs including his response to interventions out of district, considered critical. The district failed to follow IDEA and NJ statues for evaluations processes and had an attorney they retaliated with discriminatory behaviors, falsified petition and continued to deny FAPE and much needed supports for K.A.'s social-emotional well bei The filings were made in OAL court with final order that KA was provided with FAPE and summary judgements granted in favor of the WW-P Board of Education. OAL: Matters were upon Final order dismissed on summary judgment at the OAL. My concerns in regard to error in WWP's decisional methodology were not properly investigated and addressed at OAL. Those answers help determine if FAPE was denied Furthermore there may not have been a proper fact finding, answer to one of the petitions etc. errors in petition cover info from NJBOE to the OAL as Judge order didn't match the petition filed. Records furnished regarding K.A.'s ATG enrollment ignored. Further were the instructions not to send in evidence, dismissal of inquiry into how to obtain verification of evidences sent in to the court and considered on the record before parties asked to send in any additional evidence days before the final decision was made, which I did.

(What happened to you?)
(Who did what?)
(Was anyone else involved?)
(Who else saw what happened?)

- 3 -

**IV.     Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. K.A. now suffers from being much further behind his peers in areas of academics than he would had he recieved appropriate academic especially interventions and therapy/services for other health conditions at the right time in district. He also suffers from Dysthymia and PTSD as result of the assaults that took place.

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

(1) Compell WW-P to find K.A .eligible and/or categorized for specific learning disabilities and related services

(2) Compell WW-P to reimburse all of the costs incurred to place K.A. at ATG Learnig Academy

(3) Award K.A. Compensatory Education

(4) Compell WW-P to prospectively fund all of the costs of K.A .remaining at the Train your Brain School

(5) Compell WWP to prepare an IEP which states that K.A.'s current educational placement is at Train Your Brain